Default - Rule 55A                                                            (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                    Plaintiff(s)

v.                                                          Civil Action: 19-cv-00130-RBW

THREE SUMS TOTALING $612,168.23 IN SEIZED UNITED STATES CURRENCY

                    Defendant(s)

**RE:** THREE SUMS TOTALING $612,168.23 IN SEIZED UNITED STATES CURRENCY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served by publication on March 1, 2019, and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of April, 2020 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Tonya Hightower
Deputy Clerk