AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-00130 (RBW) |
| THREE SUMS TOTALING $612,168.23 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AJC Trading FZC                                                                                                    .

Date:      04/20/2020

*Attorney's signature*

Erich C. Ferrari DC 978253
*Printed name and bar number*
1455 Pennsylvania Avenue NW
Suite 400
Washington, D.C. 20004

*Address*

ferrari@falawpc.com
*E-mail address*

(202) 280-6370
*Telephone number*

(877) 448-4885
*FAX number*