UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o UNITED STATES DEPARTMENT<br>OF JUSTICE, 1400 NEW YORK AVENUE,<br>N.W., 10TH FLOOR, WASHINGTON,<br>D.C. 20005<br><br>      Plaintiff,<br><br>      v.<br><br>THREE SUMS TOTALING $612,168.23<br>IN SEIZED UNITED STATES CURRENCY<br><br>      Defendants *in rem*. | Case No. 19-CV-130 (RBW) |

## CLAIMANTS' MOTION TO REPLACE UNREDACTED EXHIBITS WITH REDACTED COPIES AND TO SEAL EXHIBITS

Pursuant to Fed. R. Civ. P. 5.2(a) and Local Rule 5.4(f)(4), Claimants respectfully move this Court to replace certain mistakenly filed unredacted exhibits containing information that should have been redacted in accordance with those rules with redacted versions of the same documents. Specifically, Claimants move to replace the following exhibits with properly redacted copies of the documents that those exhibits contain:

- Exhibit B—Swift Transfer for SUM A, ECF No. 14-3;
- Exhibit C—Swift Transfer for SUM B, ECF No. 14-4; and
- Exhibit D—Swift Transfer for SUM C, ECF No. 14-5.

Additionally, Claimants move to seal ECF Nos. 14-3, 14-4, and 14-5, as those documents include information that should be redacted pursuant to Fed. R. Civ. P. 5.2(a) and Local Rule

1

5.4(f)(4). Pursuant to Local Rule 7(m), undersigned counsel has conferred with Plaintiff's counsel, who are unopposed to the relief requested in this motion.

A proposed order and redacted versions of Exhibits B, C, and D are attached.

Dated:  May 8, 2020

                                                                   Respectfully submitted,
                                                                   /s/ Erich C. Ferrari, Esq.
                                                                   Erich C. Ferrari, Esq.
                                                                   Ferrari & Associates, P.C.
                                                                   1455 Pennsylvania Ave., NW
                                                                   Suite 400
                                                                   Washington, D.C. 20004
                                                                   Telephone: (202) 280-6370
                                                                   Fax: (877) 448-4885
                                                                   Email: ferrari@falawpc.com
                                                                   DC Bar No. 978253

                                                                  *Attorney for Claimants*