| | | |
|---|---|---|
| **Reprint From MFA-0000-000000** | | |
| | | **Possible Duplicate Delivery** |
| | Network: | SWIFT |
| | Session Holder: | GHCBGHACAXXXF |
| | Session: | 2073 |
| | Sequence: | 939208 |
| | Delivery Status: | Network Ack |

**Instance Type and Transmission**

Original
Priority/Delivery :    Normal

**Message Header**

| | |
|---|---|
| Swift Input: | FIN 103 Single Customer Credt Transfer |
| Sender : | GHCBGHACXXX |
| | GCB BANK LIMITED |
| | ACCRA                                                                 GH |
| Receiver : | CITIUS33XXX |
| | CITIBANK N.A. |
| | NEW YORK,NY US |
| MUR : | 000MSOG1722600EU |

**Message Text**

```
:20:B/17/08/013
:23B:CRED
:32A:170814USD229203,38
:50K:/███████████████████████
DOUBLE GAMMA GHANA LTD
GOLF CITY TRAFFIC LIGHT
NEAR TT BROTHERS TEMA GHANA
:53A:GHCBGHAC
:57A:MEBLAEAD
:59:/███████████████████████
AJC TRADING (FZC)
Q1-05-143/A, PO BOX 9146
SHARJAH UAE
:70:/INV/SUNDRY INVOICES
:71A:SHA
```

**End of Message**