Swift

F20: Sender's Reference
17-012737/170717
F23B: Bank Operation Code
CRED
F32A: Value Date/Currency/Interbank Settled Amount
Date:1707172017 Jul 17
Currency:USDUS DOLLAR
Amount:22989,85#22989,85#
F50K: Ordering Customer - Account - Name and Address
Account:/█████████████████████

Name and Address:SRG INDUSTRIES LIMITED
P.O.BOX CS 8802
ACCRA
ACCRA 221 GHANA
F53A: Sender's Correspondent - Party Identifier - Identifier Code
Identifier Code:CITIUS33CITIBANK N.A.

NEW YORK,NY US
F57A: Account With Institution - Party Identifier - Identifier Code
Identifier Code:SGCICIABSOCIETE GENERALE DE BANQUES EN COTE D'IVOIRE

ABIDJAN CI
F59: Beneficiary Customer - Account - Name and Address
Account:/█████████████████████

Name and Address:SCCI
IVORY COAST
F70: Remittance Information
PURPOSE:PAYMENT FOR GOODS
F71A: Details of Charges
SHA