## Report Header

| | |
|---|---|
| Application: | Alliance Message Management |
| Report type: | Instance Search - Detailed Report |
| Operator: | otopahd |
| Alliance Server Instance: | ACCESS BANK SWIFT LIVE |
| Date - Time: | 2017/09/27 08:46:29 |

## Report Content

Reprint From MFA-0000-000000

**Possible Duplicate Delivery**

| | |
|---|---|
| Network: | APPLI |
| Session Holder: | SYSTEM |
| Session: | 9756 |
| Sequence: | 000001 |
| Delivery Status: | Network Ack |

### Instance Type and Transmission

Notification
(Transmission) of Original sent to SWIFT (ACK)

| | |
|---|---|
| Network Delivery Status: | Network Ack |
| Priority/Delivery : | Normal |
| Message Input Reference : | 1841 170823ABNGGHACAXXX1176171292 |

### Message Header

| | |
|---|---|
| Swift Input: | FIN 103 Single Customer Credit Transfer |
| Sender : | ABNGGHACXXX |
| | ACCESS BANK (GHANA) LIMITED |
| | ACCRA                                          GH |
| Receiver : | CITIUS33XXX |
| | CITIBANK N.A. |
| | NEW YORK,NY US |

### Message Text

```
F20: Sender's Reference
     CPCABGPP1766161
F23B: Bank Operation Code
     CRED
F32A: Value Date/Currency/Interbank Settled Amount
     Date:        170823          2017 Aug 23
     Currency:    USD             US DOLLAR
     Amount:      360000,00       #360000,00#
F50K: Ordering Customer - Account - Name and Address
     Account:
     Name and Address:
         RAMANI DISTRIBUTION COMPANY LIMITED
         P.O.BOX TEMA
         TEMA-GHANA
F53B: Sender's Correspondent - Party Identifier - Location
     Party Identifier:
F57A: Account With Institution - Party Identifier - Identifier Code
     Identifier Code:
         BIDVVNVXXXX
             JOINT STOCK COMMERCIAL BANK FOR INVESTMENT AND DEVELOPMENT OF VIETNAM
             (HEAD OFFICE)
             HANOI VN
F59: Beneficiary Customer - Account - Name and Address
     Account:
     Name and Address:
         KIEN GIANG IMPORT AND EXPORT JOINT
         STOCK COMPANY
F70: Remittance Information
     /INV/21/AJC/2017/2
F71A: Details of Charges
     SHA
```

### Message Trailer

{CHK:612E734F1F9E}
PKI Signature: MAC-Equivalent

### Interventions

formatted_interventions            Category    : Network Report
                                   Creation Time : 23/08/17 18:41:54

```
Application : SWIFT Interface
Operator    : SYSTEM
Text
{1:F21ABNGGHACAXXX1176171292}{4:{177:1708231841}{451:0}}
```

End of Message

**Report Footer**

Number of Entities:            1
End of report