# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o UNITED STATES DEPARTMENT<br>OF JUSTICE, 1400 NEW YORK AVENUE,<br>N.W., 10TH FLOOR, WASHINGTON,<br>D.C. 20005<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THREE SUMS TOTALING $612,168.23<br>IN SEIZED UNITED STATES CURRENCY<br><br>　　　　Defendants *in rem*. | Case No. 19-CV-130 (RBW) |

## [PROPOSED] ORDER

Upon consideration of Claimants' Motion to Replace Unredacted Exhibits with Redacted Copies and to Seal Exhibits, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that:

1. ECF No. 14-3 be sealed and that Exhibit B—Swift Transfer for SUM A, as attached to Claimants' Motion, be filed in its place;

2. ECF No. 14-4 be sealed and that Exhibit C—Swift Transfer for SUM B, as attached to Claimants' Motion, be filed in its place; and

3. ECF No. 14-5 be sealed and that Exhibit D—Swift Transfer for SUM C, as attached to Claimants' Motion, be filed in its place.

**SO ORDERED**.

Date: _____, 2020        _____
　　　　　　　　　　　　　　　　　　　HON. REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　United States District Judge