## Report Header

| | |
|---|---|
| Application: | Alliance Message Management |
| Report type: | Instance Search - Detailed Report |
| Operator: | otopahd |
| Alliance Server Instance: | ACCESS BANK SWIFT LIVE |
| Date - Time: | 2017/09/27 08:46:29 |

## Report Content

Reprint From MFA-0000-000000

**Possible Duplicate Delivery**

| | |
|---|---|
| Network: | APPLI |
| Session Holder: | SYSTEM |
| Session: | 9756 |
| Sequence: | 000001 |
| Delivery Status: | Network Ack |

### Instance Type and Transmission

Notification
(Transmission) of Original sent to SWIFT (ACK)

| | |
|---|---|
| Network Delivery Status: | Network Ack |
| Priority/Delivery: | Normal |
| Message Input Reference: | 1841 170823ABNGGHACAXXX1176171292 |

### Message Header

| | |
|---|---|
| Swift Input: | FIN 103 Single Customer Credit Transfer |
| Sender: | ABNGGHACXXX |
| | ACCESS BANK (GHANA) LIMITED |
| | ACCRA                                                GH |
| Receiver: | CITIUS33XXX |
| | CITIBANK N.A. |
| | NEW YORK,NY US |

### Message Text

```
F20: Sender's Reference
     CPCABGPP1766161
F23B: Bank Operation Code
     CRED
F32A: Value Date/Currency/Interbank Settled Amount
     Date:         170823           2017 Aug 23
     Currency:     USD              US DOLLAR
     Amount:       360000,00        #360000,00#
F50K: Ordering Customer - Account - Name and Address
     Account:
          [REDACTED]
     Name and Address:
          RAMANI DISTRIBUTION COMPANY LIMITED
          P.O.BOX TEMA
          TEMA-GHANA
F53B: Sender's Correspondent - Party Identifier - Location
     Party Identifier:
          [REDACTED]
F57A: Account With Institution - Party Identifier - Identifier Code
     Identifier Code:
          BIDVVNVXXXX
          JOINT STOCK COMMERCIAL BANK FOR INVESTMENT AND DEVELOPMENT OF VIETNAM
          (HEAD OFFICE)
          HANOI VN
F59: Beneficiary Customer - Account - Name and Address
     Account:
          [REDACTED]
     Name and Address:
          KIEN GIANG IMPORT AND EXPORT JOINT
          STOCK COMPANY
F70: Remittance Information
     /INV/21/AJC/2017/2
F71A: Details of Charges
     SHA
```

### Message Trailer

{CHK:612E734F1F9E}
PKI Signature: MAC-Equivalent

### Interventions

formatted_interventions

Category: Network Report
Creation Time: 23/08/17 18:41:54

```
                                        Application : SWIFT Interface
                                        Operator    : SYSTEM
                                        Text
                                        {1:F21ABNGGHACAXXX1176171292}{4:{177:1708231841}{451:0}}
End of Message
```

**Report Footer**

Number of Entities:            1
End of report