**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-130 (RBW) |
| | ) | |
| THREE SUMS TOTALING $612,168.23 | ) | |
| IN SEIZED UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Plaintiff's Motion to Strike and Response in Opposition to Motion

to Dismiss, ECF No. 18, is **GRANTED**.  It is further

**ORDERED** that the Claimants AJC Trading FZC, SRG Industries (Ghana) Ltd., and

Ramani Distribution Company, Ltd.'s Motion to Dismiss the Verified Complaint for Forfeiture

In Rem, ECF No. 14, and the putative claimants' appearance in this case are **STRICKEN**.  It is

further

**ORDERED** that the Plaintiff's Motion for Entry of Default Judgment and Order of

Forfeiture, ECF No. 12, is **GRANTED**.  It is further

**ORDERED** that the defendant funds are **FORFEITED** to the government.  It is

further

**ORDERED** that the Clerk of the Court shall forthwith send a certified, endorsed copy of

this Order to the government's counsel.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 3rd day of June, 2021.

REGGIE B. WALTON
United States District Judge