UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THREE SUMS TOTALING $612,128.23 IN SEIZED UNITED STATES CURRENCY <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-130 (RBW) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THREE SUMS TOTALING $241,386.58 IN SEIZED UNITED STATES CURRENCY <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 18-750 (RBW) |

**ORDER**

On June 15, 2021, the Court ordered the parties to appear for a status conference via teleconference on June 21, 2021, at 2:00 p.m., regarding these two related forfeiture cases. However, on June 21, 2021, government counsel for both cases failed to appear for that teleconference. In light of government counsel's absence, it is hereby

**ORDERED** that, on or before July 1, 2021, government counsel shall **SHOW CAUSE** in writing as to why they failed to appear for the June 21, 2021, status conference. It is further

1

**ORDERED** that the status conference previously scheduled for June 21, 2021, is **CONTINUED** to June 30, 2021, at 10:00 a.m.  The parties shall appear via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** on this 21st day of June, 2021.

REGGIE B. WALTON
United States District Judge
